HENRIETTA SHAPIRO et al., Respondents, v. GERTRUDE JACOBSON, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HYMAN LEVY, Respondent, v. MECHANICAL MIRROR WORKS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH SLUTZ, Respondent, v. ELIAS SAVADA et al., Coparlners Doing Business under the Name of SAVADA BROS., Appellants.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

COMMISSIONERS OF THE STATE INSURANCE FUND, Respondents, v. JOHN HUMM, JR., as Executor of JOHN HUMM, SR., Defendant, and E. W. BLISS CO., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 690.]

WILLIAM J. PULLEY, Respondent, v. MARGHERITA MORI, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALLY DINN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

HELEN V. DORSAY, Respondent, v. EDMUND DORSAY, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Will of EDITH M. CLARK, Deceased. HELEN EATON, Appellant; ADA SEIDEMAN, Respondent. — Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GERTRUDE K. LEITNER, Respondent, v. MONROE GOLDWATER et al., Defendants; NATIONAL BRONX BANK OF NEW YORK et al., Appellants, and ZIVEL B. NIDEN, Intervener, Defendant-Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 690.]

READEX MICROPRINT CORPORATION, Respondent, v. GENERAL ANILINE & FILM CORPORATION et al., Appellants, et al., Defendants.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 772.]

JOHN LO BIANCO, Respondent, v. GIUSEPPE GUZZETTA et al., Appellants, and BENNY BROWN, Doing Business as BROWN BRICK COMPANY, et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARVEY H. HEVENOR, Appellant, et al., Defendants.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EVE C. BICKFORD, Respondent, v. HAROLD C. BICKFORD, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.